# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIJUAME TAFT, et al.                      : Civ. No. 1:22-CV-02061
                                          :
    Plaintiffs,                        :
                                          :
        v.                     :
                                          : (Chief Magistrate Judge Bloom)
KAMEN'S ART SHOPPES, INC.                 :
                                          :
    Defendant.                         :

## ORDER

AND NOW, this 22nd day of April 2025, for the reasons stated in the accompanying Memorandum Opinion, the defendant's motion for summary judgment (Doc. 39) is GRANTED. The Clerk of Court is directed to close this case.

> _s/ Daryl F. Bloom_
> Daryl F. Bloom
> Chief United States Magistrate Judge